**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON, ESQ. [SBN 175650]
3636 4th Avenue, Suite 202
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
ron.marron@gmail.com

**LAW OFFICE OF DAVID L. ROMERO**
DAVID L. ROMERO, ESQ. [SBN 231210]
925 Sandcastle Drive
Cardiff, CA 92007
Telephone: (619) 995-0356
Facsimile: (760) 942-9126
davidr@ippatentresource.com

<u>Attorneys for the Plaintiffs</u>

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BURTON, On Behalf of Himself, All Others Similarly Situated and the General Public,<br><br>Plaintiffs,<br>vs.<br><br>GANEDEN BIOTECH, LLC and SCHIFF NUTRITION INTERNATIONAL, INC.<br><br>Defendants. | CASE NO.  11-cv-01423-DMS-NLS<br>Pleading Type: Class Action<br>Action Filed: June 28, 2011<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: Hon. Dana M. Sabraw |

1

*Burton v. Ganeden Biotech, LLC et al.*, Case No. 11-cv-01423-DMS-NLS
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Fed. Rule Civ. Pro 41(a), plaintiffs voluntarily dismiss the above captioned action without prejudice. Although this case was filed as a putative class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Fed. Rule Civ. Pro 23(e)(1).

PLEASE TAKE FURTHER NOTICE that no named defendant has been served or has made an appearance in this action as of the date hereof.

Respectfully submitted,

DATED: June 29, 2011

THE LAW OFFICES OF RONALD A. MARRON, APLC

/s/ Ronald A. Marron
RONALD A. MARRON
3636 Fourth Avenue, Suite 202
San Diego, CA 92103
Telephone: (619)696-9006
Facsimile:  (619)564-6665


THE LAW OFFICE OF DAVID L. ROMERO

/s/ David L. Romero
DAVID L. ROMERO
925 Sandcastle Drive
Cardiff, CA 92007
Telephone: (619)995-03456
Facsimile:  (760)942-9126

ATTORNEYS FOR PLAINTIFFS